# UNITED STATES DISTRICT COURT

Northern District of Florida

MINOR I. DOE, through parent PARENT I. DOE;
MINOR II. DOE, through parent PARENT II. DOE

V.

SCHOOL BOARD FOR SANTA ROSA COUNTY, FLORIDA; JOHN ROGERS; H. FRANK LAY

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:08-cv-361

TO: (Name and address of Defendant)

JOHN ROGERS
5086 Canal Street
Milton, Florida 32570

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin James Stevenson
American Civil Liberties Union Found. of Florida
Post Office Box 12723
Pensacola, FL 32591-2723
bstevenson@aclufl.org
Tel: 850.429.9128 & 786.363.2738 (Direct)
Fax: 786.363.1985

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DOE et al v. SCHOOL BOARD FOR SANTA ROSA COUNTY, FLORIDA et al Doc. 1 Att. 3

CLERK

DATE

(By) DEPUTY CLERK

Dockets.Justia.com

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.