Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MINOR I. DOE, et al.,

    Plaintiffs,

vs.                                                       CASE NO.: 3:08cv361/MCR/EMT

SCHOOL BOARD FOR SANTA ROSA
COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## O R D E R

This matter was previously before the court on defendant's Motion to Vacate Protective Order to Proceed Pseudononymously. (Doc. 34). Plaintiffs opposed the requested relief. (Doc. 37). Through clerical error, an order granting defendant's motion was entered this date. (Doc. 38). Accordingly, the court will vacate it's prior order and deny defendant's motion. It is therefore

ORDERED:

1. The court's order dated December 10, 2008, (doc. 38) granting defendant's Motion to Vacate Protective Order to Proceed Pseudononymously is hereby VACATED.

2. Defendant's Motion to Vacate Protective Order to Proceed Pseudononymously (doc. 34) is DENIED.

3. The Clerk of Court is directed to refund any fees associated with the appeal of the vacated order.

DONE and ORDERED this 10th day of December, 2008.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNTIED STATES DISTRICT JUDGE**