UNITED STATES DISTRICT COURT FOR
THE NORTHEN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MINOR I. DOE,
through parent PARENT I. DOE
and
MINOR II. DOE,
through parent PARENT II. DOE,

      **Plaintiffs,**

vs.

      Case No. 3:08cv361/MCR/EMT

**SCHOOL BOARD FOR SANTA ROSA
COUNTY, FLORIDA, et al.,**

      **Defendants.**
_____/

## O R D E R

By notice dated December 15, 2008, defendants in this case admitted liability on plaintiffs' claims, as set out in their complaint filed August 27, 2008.  At both parties' request, the court conducted a case management conference on January 9, 2009, at which it discussed granting plaintiffs temporary injunctive relief pending issuance of permanent relief in the form of a consent decree.   As announced by the court and agreed by the parties at the case management conference:

Defendants School Board for Santa Rosa County, Florida; H. Frank Lay; and John Rogers; and their officers, agents, affiliates, subsidiaries, servants, employees, successors, and all other persons or entities in active concert or privity or participation with them, are hereby enjoined from:

    1. Promoting, advancing, aiding, facilitating, endorsing, or causing religious prayers or devotionals during school-sponsored events;

  2. Planning, organizing, financing, promoting, or otherwise sponsoring religious baccalaureate services at all schools within the Santa Rosa School District, including at Pace High School;

  3. Holding school-sponsored events at religious venues when alternative venues are reasonably available;

  4. Permitting school officials to promote their personal religious beliefs and proselytize students in class or during school-sponsored events and activities; and

  5. Otherwise unconstitutionally endorsing or coercing religion.

  This temporary injunction becomes effective at 12:00 p.m., **January 19, 2009**, by which time defendants shall have provided a copy of this order to all Santa Rosa School District officials, staff, faculty, and other School District employees and agents. The injunction will remain in effect for a period of **ninety (90) days** or until further notice by the court.

  There is no requirement for security under Fed.R.Civ.P. 65(c).

  As discussed at the case management conference, this matter will be referred to Magistrate Judge Elizabeth M. Timothy by separate order, with instructions and a timetable for supervising the parties' efforts to fashion permanent relief in the form of a consent decree.

  DONE AND ORDERED this 9th day of January, 2009.

            *s/ M. Casey Rodgers*
            **M. CASEY RODGERS**
            **UNITED STATES DISTRICT JUDGE**