# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MINOR I. DOE, et al.,

    Plaintiffs,

vs.                                          CASE NO.: 3:08cv361/MCR/EMT

SCHOOL BOARD FOR SANTA
ROSA COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE AND NOTICE OF HEARING

Pursuant to the hearing on Plaintiffs' Motion for an Order to Show Cause Why the Court Should Not Find Contempt (doc. 86), a show cause hearing will be conducted before the undersigned for which Michelle Winkler will be summoned to appear and show cause why she should not be held in contempt of the court's order of temporary injunction dated January 9, 2009. The court will also sua sponte require Frank Lay to appear and show cause why he should not be held in contempt of the court's order of temporary injunction dated January 9, 2009. The parties should be prepared to present evidence at the hearing. Ms. Winkler should expect to give sworn testimony to the court. Accordingly, it is

    ORDERED:

    1.    Plaintiffs' Motion for an Order to Show Cause Why the Court Should Not Find Contempt (doc. 86) is GRANTED in part.

    2.    The court will conduct a show cause hearing on **Thursday, June 25, 2009, at 9:00 AM** at which time Michelle Winkler and Frank Lay will appear to explain their actions.

3.      The clerk shall issue a summons for Michelle Winkler, 6751 Berryhill Street, Milton, Florida 32570. Said summons along with a copy of this order and Plaintiffs' Motion for an Order to Show Cause Why the Court Should Not Find Contempt, shall be served upon Ms. Winkler by the United States Marshal Service.

**DONE AND ORDERED** this 19th day of May, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**