IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MINOR I DOE**
through parent **PARENT I DOE,**
and
**MINOR II DOE**
through parent **PARENT II DOE,**

        **Plaintiffs,**

v.                               Case No. 3:08cv361/MCR/EMT

**SCHOOL BOARD FOR SANTA ROSA
COUNTY, FLORIDA; TIM WYROSDICK,**
in his official capacity as Superintendent
of the School District of Santa Rosa
County, Florida; **H. FRANK LAY,** in his
official capacity as Principal of Pace
High School,

        **Defendants.**
_____/

**O R D E R**

        This cause is before the Court upon motion of Christian Educators Association International's Motion in Limine (doc. 207), seeking to exclude certain plaintiffs' witnesses and exhibits and requesting expedited consideration. Before the court rules on this matter, plaintiffs shall respond to the motion. Accordingly, it is hereby ORDERED:

        1.    Plaintiffs shall file their response to the motion on or before **November 30, 2009, by 12:00 Noon (Central Time)**.

        **DONE AND ORDERED** this 25th day of November, 2009.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**