# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**MINOR I DOE**
**through parent PARENT I DOE,**
**and**
**MINOR II DOE**
**through parent PARENT II DOE,**

     **Plaintiffs,**

**v.**              **Case No. 3:08cv361/MCR/EMT**

**SCHOOL BOARD FOR SANTA ROSA**
**COUNTY, FLORIDA; TIM WYROSDICK,**
**in his official capacity as Superintendent**
**of the School District of Santa Rosa**
**County, Florida; H. FRANK LAY, in his**
**official capacity as Principal of Pace**
**High School,**

     **Defendants.**

_____/

## O R D E R

   This cause is before the Court upon the plaintiffs' Motion in Limine (doc. 209), seeking to preclude would-be intervenor, Christian Educators Association International ("CEAI"), from presenting certain evidence at a hearing scheduled to begin on December 2, 2009.  Before the court rules on this matter, CEAI shall respond to the motion. Accordingly, it is hereby ORDERED:

   1.  CEAI shall file its response to the plaintiffs' motion on or before **November 30, 2009, by 12:00 Noon (Central Time)**.

**DONE AND ORDERED** this 25th day of November, 2009.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**